UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

JAMES E. WILSON et al.                                                                    PLAINTIFFS

v.                                                            CIVIL ACTION NO. 4:09-CV-P82-M

DAVID OSBORNE                                                                              DEFENDANT

**MEMORANDUM OPINION**

Plaintiffs James E. Wilson, Jeffrey L. Stevens, and Michael Arthur Satawake, Jr., initiated this civil action under 42 U.S.C. § 1983. Upon filing the instant action, they each assumed the responsibility of keeping this Court advised of their current addresses and to actively litigate their claims. *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

The Court sent an Order to Plaintiff James E. Wilson April 20, 2010. That mailing was returned by the United States Postal Service marked "Return to Sender; Not Deliverable as Addressed; Unable to Forward." Plaintiff Wilson has not advised the Court of a change of address, and neither notices from this Court nor filings by Defendant in this action can be served on Plaintiff Wilson. In such situations, courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962).

Because it appears to this Court that Plaintiff Wilson has abandoned any interest in prosecution of this case, the Court will dismiss Plaintiff Wilson's claims by separate order.

Date:

cc: Plaintiffs, *pro se*
    Counsel of record
4414.009